IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC SION GREGORY,** | CIV S-08-0959 LKK GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES HARTLEY, et al.,** | |
| Respondents. | |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including July 27, 2008.

Dated: 06/27/08           /s/ Gregory G. Hollows
                          United States Magistrate Judge

greg959.eot

1