IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC SION GREGORY,** | CIV S-08-0959 LKK GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES HARTLEY, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the time for filing Respondent's responsive pleading be extended through and including August 26, 2008.

Dated: 07/21/08           /s/ Gregory G. Hollows
                          United States Magistrate Judge

greg0959.eot

[Proposed] Order

1